# THE MARKS LAW FIRM, P.C.

October 27, 2021

**Via ECF:**
Hon. Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

          **RE:**   *Duncan v. Gabriel Bros, Inc.*
                   Index: 1:21-cv-05368-PKC-MMH

Dear Judge Chen,

    The undersigned counsel represents Plaintiff in the above-referenced matter. We have reviewed Defendants letter request for an extension of time filed today via ECF [Dkt 7]. As a clarification, Defendant has not contacted our office prior to filing their request for an extension, despite stating they did[1]. Had Defendant contacted our office, we would have promptly responded.

    That said, Plaintiff consents to Defendants request for a twenty-one day extension of time so that the deadline for Gabriel Bros' response to Plaintiff's Complaint is extended to November 16, 2021.

    We thank you and the Court for its time and consideration on this matter.

                                        Respectfully Submitted,

                                        By: _____

                                            Bradly G. Marks

---

[1] We searched our e-mails and phone messages for Defendants alleged attempt to contact our office, in case we missed the request, and did not find any.

54 West 50th St, Suite 1131, New York, NY 10018
East Hampton Office; By Appt Only
T: (646) 770 – 3775, F: (646) 867 – 2639, brad@markslawpc.com
www.markslawpc.com