**VIA ECF**

Hon. Pamela K. Chen
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY  11201

      Re:    *Duncan v. Gabriel Bros, Inc.*, 1:21-cv-05368-PKC-MMH

Dear Judge Chen:

      While the adjournment requested by Defendant Gabriel Bros, Inc. (ECF 7) already has been granted on consent, the parties make this joint submission to address for the record one point in Plaintiff's response letter (ECF 8). Specifically, Plaintiff indicated that Defendant had not contacted Plaintiff to request an extension prior to Defendant's submission, notwithstanding Defendant's representation to the Court that Defendant had done so. Defendant sent two emails to Plaintiff's counsel using an old e-mail address that is inactive, but still listed on ECF, as opposed to the one identified on the present complaint.  The Parties have conferred and agreed to make the record clear so the Court is aware that all parties acted in good faith.

      We thank the Court for its indulgence and allowing us to clarify the record.

      Respectfully submitted,

*/s/ Christopher W. Pendleton*
Christopher W. Pendleton
BENESCH, FRIEDLANDER, COPLAN
& ARONOFF LLP
200 Public Square
Cleveland, OH 44114
Telephone: (216) 363-6219
cpendleton@beneschlaw.com
*Attorney for Defendant Gabriel Bros, Inc.*

*/s/ Bradly Marks*
Bradly Marks
The Marks Law Firm, PC
54 W. 40th Street, Suite 1131
New York, NY 10018
T: (646) 770 - 3775
F: (646) 867 2639
brad@markslawpc.com
*Attorney for Plaintiff Eugene Duncan*